## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:25CR184 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| HOWARD T. BASSETTE, III., | ) | |
| | ) | |
| Defendant | | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial, or In the Alternative, Set for Status Conference [28]. Counsel requests additional time to conduct plea negotiations.  For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial, or In the Alternative, Set for Status Conference [28] is granted, in part as follows:

1. A telephonic status conference with counsel will be held before the undersigned magistrate judge at 10:30 a.m. on April 16, 2026. Counsel for the parties shall use the conferencing instructions provided by the Court to participate in the call.

2. The jury trial, now set for April 7, 2026, is continued to May 19, 2026.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 19, 2026** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

4. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED: March 23, 2026.**

        **BY THE COURT:**

        **s/ Michael D. Nelson**
        **United States Magistrate Judge**