IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HOWARD T. BASSETTE, III,<br><br>Defendant. | **8:25CR184**<br><br><br>**ORDER** |

## WEBEX CASE CONFERENCE INSTRUCTIONS

**IT IS ORDERED:**

1.  The telephone conference with counsel regarding the Status Conference (Filing No. 29) will be held on **April 16, 2026**, **at 10:30 a.m.,** before the undersigned magistrate judge.

2.  Defense counsel, and counsel for the government shall attend, and shall use the following WebEx instructions:

    Dial 1-855-244-8681

    Enter the access code **2304 662 7226**, then hit the # key.

Dated this 24th day of March, 2026.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge