IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

HOWARD T. BASSETTE, III,

Defendant.

8:25CR184

ORDER

In accordance with the telephone conference held on April 29, 2026, as to Defendant, Howard T. Bassette, III,

IT IS ORDERED:

1)    Defendant, Howard T. Bassette, III's oral motion to continue status conference and cancel trial at this time, is granted.

2)    In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between today's date, and June 18, 2026, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant this motion would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the novelty and complexity of the case. The failure to grant this motion might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).  Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

3)    A telephonic status conference with counsel will be held before the undersigned magistrate judge at 10:00 a.m. on June 18, 2026. Counsel for the parties shall use the conferencing instructions provided by the Court to participate in the call.

4)    The trial of this case is continued pending further order of the Court.

Dated this 29th day of April, 2026.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge